UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| PLATINA BULK CARRIERS PTE LTD, | : |
| Plaintiff, | :  20 Civ _____ |
| - against - | : |
| PRAXIS ENERGY AGENTS DMCC, PRAXIS ENERGY AGENTS LLC, and PRAXIS ENERGY AGENTS SINGAPORE | : |
| Defendants. | : |

**DISCLOSURE OF INTERESTED PARTIES**
**PURSUANT TO FEDERAL RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: June 25, 2020
       New York, NY

                                        Attorneys for Plaintiff,
                                        Platina Bulk Carriers Pte Ltd.,

                        By:      /s/ Thomas L. Tisdale
                                 Thomas L. Tisdale (TT5263)
                                 Tisdale Law Offices, LLC
                                 200 Park Avenue, Suite 1700
                                 New York, NY  10166
                                 Tel:   212-354-0025
                                 *ttisdale@tisdale-law.com*