# Exhibit 1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PLATINA BULK CARRIERS PTE LTD. | § | |
| | § | |
| V. | § | C.A. NO. 20-4892 |
| | § | |
| PRAXIS ENERGY AGENTS DMCC, | § | |
| PRAXIS ENERGY AGENTS LLC, and | § | |
| PRAXIS ENERGY AGENTS PTE LTD. | § | |

## AFFIDAVIT FOR SUBSTITUTED SERVICE
## UNDER RULE 106/501.2(e)(1)

Before me the undersigned authority, on this day personally appeared **GEOFFREY ANDERSON**, who after being duly sworn, did upon oath state the following:

1. My name is **GEOFFREY ANDERSON**: I am a private process server authorized to deliver process in this cause pursuant to court order. I am over the age of eighteen (18) years and am fully competent to testify to the matters stated in this affidavit. I have personal knowledge of the facts and statements contained in this affidavit and each is true and correct;

2. On July 13, 2020 at 10:50 a.m., I was assigned to deliver a copy of the 1) AMENDED VERIFIED COMPLAINT upon the named defendants, Praxis Energy Agents DMCC, Praxis Energy Agents LLC, And Praxis Energy Agents PTE LTD.; and

3. I have made several attempts to obtain personal service of process at the defendant's usual place of abode/business by delivering on the dates and times listed below:

DATES      TIMES      ADDRESS / RESULTS OF VISIT
-----------------------------------------------------------------

7/14/20   9:05 am   2603 Augusta Drive, Suite 1260, Houston, TX

As I approached the office suite it appeared vacant with no company signage visible. I spoke to a maintenance worker who advised that there is no current tenant and the office space has been vacant for about six (6) months.

7/14/20   10:40 am   1725 Hughes Landing, Suite 890, Houston, TX

Office space appeared to be operational with company signage visible on the wall as seen through the office glass doors. No one was present in the office and the lights were turned on. I knocked repeatedly in case someone may be working in a back office area; there was no response. I spoke with the receptionist in the suite next door. She stated that she had not seen anyone in that suite for approximately 3 weeks. She believes due to the Covid virus they may be working remotely.

7/16/20   12:03 pm   111 W. Ambassador, Houston, TX

I want to the residence of the Registered Agent, Theodosios Kyriazis, to attempt service. I knocked at the door; there was no response from inside home. I knocked several more times; there was no response. I saw a neighbor who acknowledged that Registered agent lived at the location but she had not seen anyone from the home in about three weeks.

7/16/20   12:46 pm   1725 Hughes Landing, Suite 890, Houston, TX

I made a second attempt to the business address. No one was present in the office and the lights were turned on. I knocked repeatedly; there was no response. I looked through the office glass door and noticed that a piece of mail was located on small table in the waiting area that was not present on the first day of attempted service. I knocked again; there was no response.

7/16/20   8:06 pm    111 W. Ambassador, Houston, Tx

I returned for a second attempt at the Registered Agent's home address. I knocked at the door; there was no response from inside home. I knocked several more times; there was no response.

7/17/20   10:52 am   111 W. Ambassador, Houston, Tx

I returned for a third attempt at the Registered Agent's home address. I knocked at the door; there was no response from inside home. I knocked several more times; there was no response.

7/17/20   12:31 am   1725 Hughes Landing, Suite 890, Houston, TX

I made a third attempt to the business address. No one was present in the office and the lights were turned on. I knocked repeatedly; there was no response. I looked through office glass door and could visibly see that a piece of mail was located on the small table in the waiting area the prior day was still present. I knocked again; there was no response.

----------------------------------------------------------------

I believe the Defendant will be given reasonably effective notice of this suit by delivering a true copy of the documents stated in item (2) above to anyone over sixteen (16) years of age at the home of the Registered Agent, <u>Theodosios Kyrakis, 111 W. Ambassador, Suite 890, Houston, TX</u>, or by attaching it securely to the front entry way at the address, which is the party's usual place of abode or business, or by delivering First Class Mail pursuant to the provisions of Rule 106/501.2(e)(1), Texas Rules of Civil Procedure.

Date: 7/20/2020

Geoffrey Anderson, Affiant
Texas Certification No. SCH-10963
Expiration: 8/15/2020

SUBSCRIBED TO AND SWORN to before me this the 20th day of July, 20 20.


SHEALEI LINTON
Notary Public, State of Texas
Comm. Expires 04-04-2022
Notary ID 131517152

Notary