```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
PLATINA BULK CARRIERS PTE LTD,

                Plaintiff,                          ORDER

          - against -                           20 Civ. 4892 (NRB)

PRAXIS ENERGY AGENTS DMCC,
PRAXIS ENERGY AGENTS LLC, and
PRAXIS ENERGY AGENTS PTE LTD,

                Defendants.
-----------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The Court has reviewed the parties' letters dated November 23 and 30, 2020 regarding a pre-motion conference in anticipation of defendant Praxis Energy Agents LLC and Praxis Energy Agents PTE Ltd.'s motion to dismiss plaintiff's amended complaint. A telephonic conference concerning the contemplated motion is hereby set for **December 9, 2020 at 2:00 p.m.** The Court will post the dial-in information to the docket in advance of the conference.

**SO ORDERED.**

Dated:   New York, New York
         December 1, 2020

_____
         NAOMI REICE BUCHWALD
         UNITED STATES DISTRICT JUDGE