UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Platina Bulk Carriers Pte Ltd.

                          Plaintiff(s),

                 - against -

Praxis Energy Agents DMCC et al

                         Defendant(s),
------------------------------------------------------------X

    1:20 Civ. 04892 (___)

**CLERK'S CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on October 19, 2020 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Praxis Energy Agents DMCC by personally serving the Defendant in accordance with the Court's Order (ECF 28), and proof of service was therefore filed on 1/13/2021, Doc. #(s) 46.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York
       January ____, 20__

                                      RUBY J. KRAJICK
                                      Clerk of Court

                             By: _____
                                    Deputy Clerk