UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PLATINA BULK CARRIERS PTE LTD,<br><br>Plaintiff,<br><br>- against -<br><br>PRAXIS ENERGY AGENTS DMCC,<br>PRAXIS ENERGY AGENTS LLC, and<br>PRAXIS ENERGY AGENTS PTE LTD.<br><br>Defendants. | 20 Civ. 4892 (NRB) |

### **REQUEST FOR CLERK'S CERTIFICATE OF DEFAULT**

Pursuant to Fed. R. Civ. P. 55(a) and L.R. 55.1, Platina Bulk Carriers Pte Ltd, requests a Clerk's Certificate of Default. Within in an accompanying affidavit, I affirm that the party against whom the judgment is sought:

1) is not an infant or incompetent person;

2) is not in the military service;

3) was properly served under Fed. R. C. P. 4 and the Court's Order (ECF 28).  Proof of service having been

filed with the court (ECF 46);

4) has defaulted in appearance in the above captioned action.

1

Dated: January 18, 2021
      New York, NY

Respectfully submitted,
Attorneys for Plaintiff,

By:       /s/Austyn L. Carolin
Austyn L. Carolin (439988)
Thomas L. Tisdale (TT5263)
Tisdale Law Offices, LLC
200 Park Avenue, Suite 1700
New York, NY 10166
Tel: 212-354-0025
*acarolin@tisdale-law.com*
*ttisdale@tisdale-law.com*