

200 PARK AVENUE, SUITE 1700
NEW YORK, NY 10166
212-354-0025
FAX: 212-869-0067

TL@TISDALE-LAW.COM

**TISDALE & NAST**
LAW OFFICES, LLC

10 SPRUCE STREET
SOUTHPORT, CT 06890
203-254-8474
FAX: 203-254-1641

WWW.TISDALE-LAW.COM

October 6, 2021

<u>*Via ECF*</u>
Honorable Naomi R. Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

   Re: Platina Bulk Carriers, Pte Ltd. v. Praxis Energy Agents DMCC et al.
     1:20-cv-04892-NRB
     T&N File No.: 2838

Honorable Madam,

  We are attorneys for the Plaintiff in the above cited matter and are writing jointly with counsel for Defendant Praxis Energy Agents LLC to respectfully request that the initial pretrial conference scheduled for October 13, 2021 at noon be adjourned to a date after October 26, 2021.

  The undersigned will be away from his physical and virtual offices on a long-awaited vacation during the week of October 12, 2021. In addition, counsel for the defendant will also be away from his office until October 25, 2021. It is respectfully requested that the conference be adjourned until October 26, 2021 or after. This is the first request for the relief sought herein.

  We appreciate Your Honor's indulgence in this request.

                 Respectfully,

                 Thomas L. Tisdale

mt

```
The initial pretrial
conference is rescheduled
for October 8, 2021 at
10:00 am. SO ORDERED.
```

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
   October 7, 2021