UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
PLATINA BULK CARRIERS PTE LTD.,

           Plaintiff,                        **ORDER**

    - against -                  20 Civ. 4892 (NRB)

PRAXIS ENERGY AGENTS DMCC, PRAXIS ENERGY
AGENTS LLC, and PRAXIS ENERGY AGENTS PTE
LTD.,

           Defendants.
--------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**


    Having reviewed the parties' pre-motion letters, dated May 18, 2022 and May 23, 2022, the Court has determined that defendants may bring their motion without the necessity of a pre-motion conference. The parties should confer on a briefing schedule agreeable to both sides, in which no more than sixty days elapse from the filing of defendants' motion to the filing of defendants' reply.


Dated:    New York, New York
           May 26, 2022

                                          _____
                                          NAOMI REICE BUCHWALD
                                          UNITED STATES DISTRICT JUDGE