UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————————

PLATINA BULK CARRIERS PTE LTD,

        Plaintiff,

   - against -

PRAXIS ENERGY AGENTS DMCC,
PRAXIS ENERGY AGENTS LLC, and
PRAXIS ENERGY AGENTS PTE LTD.

        Defendants.

——————————————————————————

20 Civ. 4892 (NRB)

## NOTICE OF SERVICE

I hereby certify that, on September 26, 2022, a copy of this Court's Memorandum and Order granting undersigned counsel's request to withdraw as counsel for Praxis Energy Agents DMCC and Praxis Energy Agents Pte Ltd., issued September 23, 2022 [ECF 101] was transmitted to those respective entities as follows:

| By Mail:<br><br>Praxis Energy Agents Pte Ltd<br>300 Beach Road, Suite 10-01,<br>The Concourse<br>Singapore 199555<br><br>By Electronic Mail:<br>singapore@praxisenergyagents.com | By Mail:<br><br>Praxis Energy Agents S.A.<br>Swiss Tower, Suite 1603<br>Jumeirah Lakes Towers<br>P.O. Box 215503<br>Dubai, UAE<br><br>By Electronic Mail:<br>dimitris@praxisenergyagents.com |
|---|---|

Dated: September 26, 2022.

                                              /s/ J. Stephen Simms

                                              J. Stephen Simms (*pro hac vice*)
                                              Simms Showers LLP
                                              201 International Circle, Suite 230
                                              Baltimore, Maryland 21030

Tel: 443-290-8704  
Fax: 410-510-1789                                      Attorneys for Defendants Praxis Energy  
jssimms@simmsshowers.com             Agents LLC

## **CERTIFICATE OF SERVICE**

I certify that on September 26, 2022 I caused the foregoing to be filed on the Court's CM/ECF system for service on all record counsel.

                                                                           /s/ J. Stephen Simms