```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X

PLATINA BULK CARRIERS PTE LTD,

                 Plaintiff,
                                              ORDER
         - against -
                                          20 Civ. 4892 (NRB)
PRAXIS ENERGY AGENTS DMCC,
PRAXIS ENERGY AGENTS LLC, and
PRAXIS ENERGY AGENTS PTE LTD.

                 Defendants.

-------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Having reviewed the parties' pre-motion letters -- dated July 7, 2023; July 12, 2023; and July 13, 2023 -- the Court has determined that defendant may bring its motion without the necessity of a pre-motion conference. The parties should confer on a briefing schedule agreeable to both sides, in which no more than sixty days elapse from the filing of defendant's motion to the filing of defendant's reply.

**SO ORDERED.**

Dated:   New York, New York
         July 18, 2023

                                    _____
                                       NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE

1