

CHRYSLER BUILDING
405 LEXINGTON AVE., 26TH FLOOR
NEW YORK, NY 10174
212-354-0025
FAX: 212-869-0067

TL@TISDALE-LAW.COM

**TISDALE & NAST**
LAW OFFICES, LLC

10 SPRUCE STREET
SOUTHPORT, CT 06890
203-254-8474
FAX: 203-254-1641

WWW.TISDALE-LAW.COM

October 18, 2023

*Via ECF*
Honorable Naomi R. Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

   Re: **Platina Bulk Carriers Pte Ltd. v. Praxis Energy Agents DMCC et al.**
     **20-CV-04892-NRB**
     **T&N File No.: 2838**

Dear Judge Buchwald,

  We are attorneys for the Plaintiff, Platina Bulk Carriers Pte Ltd., in the above-captioned action. We are writing to advise the Court that Austyn L. Carolin is no longer with this firm. Therefore, as a matter of housekeeping, we'd like to have her name removed from this case.

  We appreciate Your Honor's assistance in this matter.

               Respectfully submitted,

               Thomas L. Tisdale

mt